B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Cordia Communications Corp.**
Debtor(s)

Case No.
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ani Networks<br>250 Pilot Road<br>Suite 300<br>Las Vegas, NV 89119 | Ani Networks<br>250 Pilot Road<br>Suite 300<br>Las Vegas, NV 89119<br>888-886-5775 | Trade Debt | | 105,244.13 |
| Bureau of Revenue Collection<br>Abel Wolman Muncipal Bldg<br>200 North Holiday St.<br>Baltimore, MD 21201 | Bureau of Revenue Collection<br>Abel Wolman Muncipal Bldg<br>200 North Holiday St.<br>Baltimore, MD 21201<br>410-361-9690 | Taxes | | 143,395.02 |
| Commonwealth of Massachusett<br>Department of Revenue<br>P. O. Box 7065<br>Boston, MA 02204 | Commonwealth of Massachusett<br>Department of Revenue<br>P. O. Box 7065<br>Boston, MA 02204<br>617-887-6367 | Taxes | | 85,143.01 |
| Commonwealth of PA<br>Bureau of Corp Taxes<br>P. O. Box 28071<br>Harrisburg, PA 17128 | Alicia Danner<br>Commonwealth of PA<br>Bureau of Corp Taxes<br>P. O. Box 28071<br>Harrisburg, PA 17128<br>717-783-4553 | Taxes | Disputed | 2,524,895.42 |
| Cordia Phils Inc.<br>5th Fl, i2 Building<br>Asia Town IT Park<br>Cebu City<br>Philippines 6000 | Cordia Phils Inc.<br>5th Fl, i2 Building<br>Asia Town IT Park<br>Philippines 6000<br>632-784-0111 | Trade Debt | | 824,336.00 |
| Federal Communications Commission<br>445 12th Street SW<br>Washington, DC 20554 | Federal Communications Commission<br>445 12th Street SW<br>Washington, DC 20554<br>866-418-0232 | Taxes | | 157,097.11 |
| Gar Shing Realty Corp.<br>13325 West Colonial Drive<br>Winter Garden, FL 34787 | Gar Shing Realty Corp.<br>13325 West Colonial Drive<br>Winter Garden, FL 34787<br>407-656-7013 | Lease | | 88,247.49 |

B4 (Official Form 4) (12/07) - Cont.

In re **Cordia Communications Corp.**     Case No. _____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Illinois Dept of Revenue Telecommunications Tax** P. O Box 19019 Springfield, IL 62794 | Illinois Dept of Revenue Telecommunications Tax P. O Box 19019 Springfield, IL 62794 800-732-8866 | Taxes | | 108,074.18 |
| **Minnesota Dept of Revenue** 600 North Robert Street Saint Paul, MN 55101 | Minnesota Dept of Revenue 600 North Robert Street Saint Paul, MN 55101 651-556-3075 | Taxes | | 106,513.93 |
| **New York City Dept of Taxation** 59 Maiden Lane 28th Floor New York, NY 10038 | New York City Dept of Taxation 59 Maiden Lane New York, NY 10038 212-504-4036 | Taxes | | 1,843,250.70 |
| **New York State Dept of Taxation** 90 South Ridge Street Rye Brook, NY 10573 | Jerry Owens New York State Dept of Taxation 90 South Ridge Street Rye Brook, NY 10573 914-933-2311 | Taxes | | 2,034,108.61 |
| **NJ Division of Taxation** Revenue Processing Center P. O. Box 999 Trenton, NJ 08646 | Marie Murdza NJ Division of Taxation Revenue Processing Center P. O. Box 999 Trenton, NJ 08646 609-943-4392 | Taxes | Disputed | 974,959.74 |
| **PAETEC** P. O.Box 3177 Cedar Rapids, IA 52406-3177 | PAETEC P. O.Box 3177 Cedar Rapids, IA 52406-3177 877-472-3832 | Trade Debt | | 92,450.55 |
| **Philadelphia PA** Philadelphia County E911 City Hall Rm 702 Broad St. & Market St. Philadelphia, PA 19107 | Philadelphia PA Philadelphia County E911 City Hall Rm 702 Philadelphia, PA 19107 215-686-6600 | Taxes | | 126,904.16 |
| **State of Maryland** Dept of Assessments & Taxation 301 West Preston St. Baltimore, MD 21201 | State of Maryland Dept of Assessments & Taxation Baltimore, MD 21201 800-735-2258 | Taxes | | 202,973.54 |
| **USAC** 2000 L St NW Suite 200 Washington, DC 20036 | USAC 2000 L St NW Suite 200 Washington, DC 20036 202-776-0200 | Taxes | | 109,882.85 |

B4 (Official Form 4) (12/07) - Cont.

In re **Cordia Communications Corp.**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Verizon Maryland Inc.**<br>P. O. Box 37210<br>Baltimore, MD 21297 | **Leonard G. Canalini**<br>Verizon Maryland Inc.<br>204 Second Avenue<br>New York, NY 10003<br>212-982-3673 | **Trade Debt** | | 1,923,865.82 |
| **Verizon New Jersey Inc.**<br>P. O. Box 4830<br>Trenton, NJ 08650 | **Leonard G. Canalini**<br>Verizon New Jersey Inc.<br>204 Second Avenue<br>New York, NY 10003<br>212-982-3673 | **Trade Debt** | | 713,049.73 |
| **Verizon New York Inc.**<br>P. O. Box 4430<br>Albany, NY 12204 | **Leonard G. Canalini**<br>Verizon New York Inc.<br>204 Second Avenue<br>New York, NY 10003<br>212-982-3673 | **Trade Debt** | | 1,139,105.40 |
| **Verizon Pennsylvania Inc.**<br>P. O. Box 28000<br>Lehigh Valley, PA 18002 | **Leonard G. Canalini**<br>Verizon Pennsylvania Inc.<br>204 Second Avenue<br>New York, NY 10003<br>212-982-3673 | **Trade Debt** | | 962,340.37 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 1, 2011**      Signature **/s/ Kevin Griffo**
                                                                    **Kevin Griffo**
                                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.